

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00517-CV

Victor Jimenez **MORENO** and Lidia C. Moreno,
Appellants

v.

**LGAG REALTY PARTNERS, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07564
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee recover its costs of this appeal from appellants.

SIGNED August 19, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice